**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

| Richard W. Wieking | General Court Number |
|---|---|
| Clerk | 415.522.2000 |

**March 7, 2012**

CASE NUMBER:  CV 11-06403 TEH
CASE TITLE:  BENNETT-v-CITY AND COUNTY OF SAN FRANCISCO

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable Yvonne Gonzalez Rogers** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **YGR** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 3/7/12

FOR THE EXECUTIVE COMMITTEE:

_____
           Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                Special Projects
Log Book Noted                                       Entered in Computer 3/7/12 ha

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                               Transferor CSA