**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DAVID BENNETT,**<br><br>      **Plaintiff,**<br><br>      vs.<br><br>**CITY AND COUNTY OF SAN FRANCISCO,** *General Services Agency, - Real Estate Division*,<br><br>      **Defendant(s).** | **Case No.: 11-CV-06403 YGR**<br><br>**ORDER ON DISCOVERY LETTER BRIEF; CONFIRMING COMPLIANCE** |

    The Court has received the parties' Discovery Letter Brief. Plaintiff represents that his discovery responses will be produced on Monday, December 10, 2012. Failure to comply and deliver responses as represented may be grounds for issuance of sanctions.

    By no later than **December 13**, the parties shall file a **JOINT STATEMENT** confirming said compliance.

    The parties are **ORDERED** to appear, if necessary, at a compliance hearing on **Tuesday, December 18, 2012** at **8:31 a.m.** If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

    This Order Terminates Docket Number 35.

    **IT IS SO ORDERED**.

Date: December 10, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**