**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DAVID BENNETT,**<br><br>        **Plaintiff,**<br><br>    vs.<br><br>**CITY AND COUNTY OF SAN FRANCISCO, General Services Agency - Real Estate Division,**<br><br>        **Defendant(s).** | Case No.: 11-CV-06403 YGR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

In light of the confirmation that the parties have completed the mandatory Settlement Conference before a Magistrate Judge, the Case Management Conference set for March 4, 2013 is hereby **VACATED**. Unless requested by the parties, the Court will not schedule a further Case Management Conference. In the event that a Case Management Conference is required in the future, the parties should contact the Courtroom Deputy, Frances Stone, at 510-637-3540, and request to be placed on calendar. A joint statement regarding the status of the case and issues to be addressed at the Case Management Conference must be filed no later than 7 days before any further Case Management Conference.

**IT IS SO ORDERED.**

Date: March 1, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**