# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID BENNETT,** | Case No.: **11-CV-06403 YGR** |
| Plaintiff(s), | **ORDER VACATING ALL DATES** |
| vs. | |
| **CITY AND COUNTY OF SAN FRANCISCO,** *General Services Agency - Real Estate Division*, | |
| Defendant(s). | |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The July 9, 2013 hearing on Defendant's Motion for Summary Judgment is **VACATED** and **CONTINUED** to a future date to be set by the Court. Additionally, all other pending motion, case management and trial dates are **VACATED**.

**IT IS SO ORDERED**.

Dated: June 26, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**