**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| **DAVID BENNETT,**<br><br>    **Plaintiff(s),**<br><br>    vs.<br><br>**CITY AND COUNTY OF SAN FRANCISCO,** *General Services Agency - Real Estate Division*,<br><br>    **Defendant(s).** | **Case No.: 11-CV-06403 YGR**<br><br>**ORDER VACATING ALL DATES** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The July 9, 2013 hearing on Defendant's Motion for Summary Judgment is **VACATED** and **CONTINUED** to a future date to be set by the Court. Additionally, all other pending motion, case management and trial dates are **VACATED**.

**IT IS SO ORDERED**.

Dated: June 26, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**